IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KELVION WALKER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3-13-cv-04896-K |
| | § | |
| AMY WILBURN, | § | |
| | § | |
| Defendant. | § | |

## JURY NOTE NO. 1

In response to your note "Clarification on Question 2 on Plaintiff Walker prove? Retalitive to wording"

You have all the evidence and all the law I can give you.

Signed September 17th, 2019.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE

Clairfication on Question 2 on Plaintiff Walker prove? Retalitive to wording

*Jemica Pury*
9-17-19
2:50 p.m