IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KELVION WALKER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3-13-cv-04896-K |
| | § | |
| AMY WILBURN, | § | |
| | § | |
| Defendant. | § | |

## JURY NOTE NO. 2

The Court found a mistake in a word of the definition on page 14, line 6 where the sentence reads "But Defendant Wilburn is not entitled to qualified immunity if, at the time of the use of force, no reasonable officer with the same information could not have believed that her actions were lawful." The word "no" should be the word "a."

The sentence should read "But Defendant Wilburn is not entitled to qualified immunity if, at the time of the use of force, a reasonable officer with the same information could not have believed that her actions were lawful."

Signed September 17th, 2019.

ED KINKEADE
UNITED STATES DISTRICT JUDGE