IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KELVION WALKER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:13-CV-4896-K |
| | § | |
| AMY WILBURN, | § | |
| | § | |
| Defendant. | § | |

## COURT'S CHARGE TO THE JURY

MEMBERS OF THE JURY:

Please continue your deliberations in an effort to reach a verdict. This is an important case. The trial has been expensive in terms of time, effort, money and emotional strain to all parties involved. If you should fail to agree on a verdict, the case may have to be tried again. There is no reason to believe that the case can be retried, by either side, better or more exhaustively than it has been tried before you.

Any future jury would be selected in the same manner and from the same source as you were chosen. There is no reason to believe that those jurors would be more conscientious, more impartial or more competent to decide the case than you are.

It is your duty to consult with one another and to deliberate with a view to reaching a verdict if you can do so, consistent with your individual judgments. You must not surrender your honest convictions as to the weight or effect of the evidence

solely because of the opinions of the other jurors or just to reach a verdict. Each of you must decide the case for yourself, but you should do so only after consideration of the evidence with your fellow jurors.

In the course of your deliberations, you should not hesitate to reexamine your own views, and to change your opinion if you are convinced that it is wrong. To reach a unanimous verdict, you must examine the questions submitted to you openly and frankly, with proper regard for the opinions of others and with a willingness to reexamine your own views. If a substantial majority of you are for a verdict for one party, each of you who holds a different position ought to consider whether your position is reasonable.

I suggest that you now carefully reexamine and consider all the evidence in the case in light of my instructions on the law. In your deliberations you are to consider all of the instructions I have given to you as a whole. You should not single out any part of any instruction including this one.

You may now continue your deliberations.

DATED: September 18th, 2019.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE