We the jury have continued our disscussions in an effort to reach a verdict without sucess. We revisted the evidence, and examed each of the parties involved. We are positive we cannot reach a unanimous verdict. dispite our continued efforts.

*[signature]*
9-18-19
12:46 p.m.